DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVION JAUQUEZ BRIAN SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2427

_____

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Blair Allen, Public Defender and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.